ANDRÉ BIROTTE JR.
United States Attorney                                            JS-6
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
PIO S. KIM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 156679
   United States Courthouse
   312 North Spring Street, 14th Floor
   Los Angeles, California 90012
   Telephone: (213) 894-2589
   Facsimile: (213) 894-7177
   E-mail:    Pio.Kim@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $24,758.00 IN U.S. CURRENCY, <br><br> Defendant. | NO. CV 10-6643-PA (Ex) <br><br> **CONSENT JUDGMENT** |

     On September 10, 2010, plaintiff United States of America (the "government") filed the Complaint for Forfeiture in this action, pursuant to 18 U.S.C. § 981(a)(1)(C), on the ground that the defendant $24,758 in U.S. Currency was derived from proceeds traceable to violations of 18 U.S.C. §§ 1028, 1029 and 1030. Potential claimants Cesar V. Echeverria and Sonia Bonilla (the "claimants") deny the government's allegations and claim that they are the rightful owners of the defendant.

     The parties have agreed to settle this forfeiture action and

to avoid further litigation by entering into this consent judgment.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties, HEREBY ORDERS, ADJUDGES, AND DECREES:

1.  This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2.  The Complaint for Forfeiture states claims for relief pursuant to 18 U.S.C. § 981(a)(1)(C).

3.  Notice of this action has been given as required by law. No appearance has been made in this action by any person. The Court deems that all potential claimants other than Cesar V. Echeverria and Sonia Bonilla admit the allegations of the Complaint for Forfeiture to be true, and hereby enters default against all such potential claimants.

4.  For purposes of settlement of this civil forfeiture action only, the government shall return $5,000 of the defendant $24,758 in U.S. Currency and any interest accrued on said $5,000 (collectively, the "settlement funds") to the claimants. It is contemplated that the settlement funds will be returned by a wire transfer into the Fred Browne Client Trust Account (the "Trust Account") within 6 weeks of the entry of this judgment. In this regard, the claimants shall provide all information reasonably necessary to effectuate the wire transfer, including the account number and tax identification number for the Trust Account and the social security numbers of the claimants.

5.  For purposes of settlement of this civil forfeiture action only, the remaining $19,758 of the defendant and any interest accrued thereon (collectively, the "restitution payment")

1  shall be applied toward partial satisfaction of the restitution
2  order imposed against claimant Cesar V. Echeverria in <u>People of
3  California v. Alberto Gonzalez *et al.*</u>, case no. BA368432.  In this
4  regard, the claimants represent that the restitution order is still
5  in force and effect against claimant Cesar V. Echeverria in an
6  amount greater than the restitution payment.
7       6.  The claimants hereby release the United States of America,
8  the State of California, all counties, municipalities and cities
9  within the State of California, and their agencies, departments,
10 offices, agents, employees and officers, including, but not limited
11 to, the United States Attorney's Office, the Drug Enforcement
12 Administration, and any of their employees and agents, from any and
13 all, known or unknown, claims, causes of action, rights, and
14 liabilities, including, without limitation, any claim for
15 attorney's fees, costs, or interest which may be now or later
16 asserted by or on behalf of either of the claimants, arising out of
17 or related to this action or to the seizure or possession of the
18 defendant.  The claimants represent and agree that they have not
19 assigned and are the rightful owners of such claims, causes of
20 action and rights.
21      7.  The claimants hereby agree to defend, indemnify and hold
22 harmless the United States of America, the State of California, all
23 counties, municipalities and cities within the State of California,
24 and their agencies, departments, offices, agents, employees and
25 officers, including, but not limited to, the United States
26 Attorney's Office, the Drug Enforcement Administration, the
27 Internal Revenue Service and their employees and agents, from any
28 and all, known or unknown, claims, causes of action, rights, and

1 liabilities, including, without limitation, any claim for
2 attorney's fees, costs, or interest, raised or asserted by a third
3 party in connection with or related to the return of the settlement
4 funds.

5     8.   This Consent Judgment shall have no res judicata,
6 collateral estoppel, claim preclusion, issue preclusion or any
7 precedential effect or value in any action or legal proceeding
8 involving either of the claimants.

9     9.   The Court finds that there was reasonable cause for the
10 seizure of the defendant and institution of these proceedings.
11 This judgment shall be construed as a certificate of reasonable
12 cause pursuant to 28 U.S.C. § 2465.
13 / / /

10. The parties shall each bear their own attorney's fees and other costs and expenses of litigation.

DATED: January 20, 2011  _____
UNITED STATES DISTRICT JUDGE

CONSENT

The parties consent to judgment and waive any right of appeal.

DATED: Dec. 21, 2010         ANDRÉ BIROTTE JR.
                             United States Attorney

                             ROBERT E. DUGDALE
                             Assistant United States Attorney
                             Chief, Criminal Division

                             STEVEN R. WELK
                             Assistant United States Attorney
                             Chief, Asset Forfeiture Section


                              / /                              .
                             PIO S. KIM
                             Assistant United States Attorney

                             Attorneys for Plaintiff
                             United States of America

DATED: Dec. 21, 2010          / /_____
                             CESAR V. ECHEVERRIA

DATED: Dec. 20, 2010          / /_____
                             SONIA BONILLA

DATED: Dec. 20, 2010          / /_____
                             FRED BROWNE

                             Attorney for Potential Claimants
                             Cesar C. Echeverria and Sonia Bonilla

5